UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PacSec3 LLC,

                Plaintiff,

     v.

F5 Networks,

                Defendant.

CASE NO. 2:20-cv-01828-RAJ-JRC

ORDER SETTING PATENT CASE SCHEDULE

       The District Court has referred this matter to the undersigned. *See* Dkt. 28. The parties have filed their joint status report. *See* Dkt. 32.

       The Court declines to set a trial date at this time. A trial date and subsequent pretrial deadlines will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by motion or settlement.

       Having reviewed the parties' joint status report, the Court enters the following pretrial deadlines:

| Event | Date |
|---|---|
| Deadline to join additional parties | **April 1, 2021** |
| Plaintiff to serve Preliminary Infringement Contentions and Disclosure of Asserted Claims | **April 13, 2021** |
| Defendant to serve Preliminary Non-Infringement and Invalidity Contentions and accompanying Document Production | **May 13, 2021** |
| Parties to exchange Proposed Terms and Claims Elements for Construction | **June 2, 2021** |
| Parties to exchange Preliminary Claim Constructions and Extrinsic Evidence | **July 2, 2021** |
| Parties to file Joint Claim Chart and Prehearing Statement | **August 16, 2021** |
| Completion of Claim Construction Discovery | **October 5, 2021** |
| Parties to file Opening Claim Construction Briefs | **October 11, 2021** |
| Parties to file Responsive Claim Construction Briefs | **October 26, 2021** |
| Tutorial (if necessary) | **To be set by the Court** |
| Claim Construction Hearing | **To be set by the Court** |
| Reliance on Opinion of Counsel | **30 days after Claim Construction Order** |
| Close of Fact Discovery | **60 days after Claim Construction Order** |
| Parties to exchange Initial Expert Reports | **90 days after Claim Construction Order** |
| Parties to exchange Rebuttal Expert Reports | **120 days after Claim Construction Order** |
| Close of Expert Discovery | **150 days after Claim Construction Order** |
| Parties to file Case Dispositive and/or *Daubert* Motions | **180 days after Claim Construction Order** |

ORDER SETTING PATENT CASE SCHEDULE - 2

| Pretrial Conference | **To be set by the Court** |
|---|---|
| Trial | **To be set by the Court** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order, the Local Civil Rules, and/or Local Patent Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### JUDGE JONES' CHAMBERS PROCEDURES

Counsel are directed to review Judge Jones' Chambers Procedures at http://www.wawd.uscourts.gov/judges/jones-procedures. Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

### DISCOVERY

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing any pretrial order in the format required by LCR 16.1. The parties shall comply with Judge Jones' chambers procedures regarding discovery disputes.

### ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court. Information and procedures for electronic filing can be found on the Western District of Washington's website at

ORDER SETTING PATENT CASE SCHEDULE - 3

http://www.wawd.uscourts.gov/attorneys/cmecf.  The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

1. Generally, mandatory chambers copies are required for all e-filed motions, responses, replies, and sur-replies, and all supporting documentation relating to motions, regardless of page length.  However, as noted above, counsel should review Judge Jones' chambers proceedings regarding courtesy copies during the COVID-19 emergency.

2. Searchable PDFs:  All documents filed electronically must be submitted in PDF format to permit text searches and to facilitate transmission and retrieval.  Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format.  These documents may not be scanned.

## SETTLEMENT

If this case settles, plaintiff's counsel shall notify Deputy Clerk Kelly Miller at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 29th day of March, 2021.

J. Richard Creatura
Chief United States Magistrate Judge